UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT

2003 JUN 30 P 2: 53

CLERK *BMcCarthy*

| | |
|---|---|
| AUGUSTA VIDEO, INC., a Georgia corporation, Plaintiff, vs. AUGUSTA-RICHMOND COUNTY, GEORGIA, a political subdivision of the State of Georgia, and the AUGUSTA-RICHMOND COUNTY COMMISSION, Defendants. | CASE NO.: CV-102-94 |

# FINAL CONSENT ORDER

THE ABOVE case having come before this Court on the parties' Joint Motion for Entry of Final Consent Order, and the Court having reviewed the Joint Motion and the parties' Settlement Agreement, it

**FINDS AS FOLLOWS:**

1.  Plaintiff filed a Complaint alleging various violations of its civil rights under 42 U.S.C. §1983.

2.  The parties subsequently entered into a Settlement Agreement which resolved all of the claims set forth in Plaintiff's Complaint. The Settlement Agreement has been filed with this Court.

3.  The parties have agreed that the relief afforded by this Consent Order shall not be construed as a concession by the Defendant that it violated any of Plaintiff's constitutional rights or committed any act of wrongdoing, it being acknowledged that the

Defendant specifically denies any such violations or wrongful acts.

4. The parties have further agreed that Plaintiff shall be entitled to no relief under its Complaint other than the specific relief provided in the parties' Settlement Agreement and by this Consent Order, and that all other claims asserted by Plaintiff or which could have been asserted by Plaintiff shall be and are dismissed with prejudice.

**AND IT APPEARING** to the Court that the parties have reached agreement on all outstanding issues in the case,

**IT IS HEREBY ORDERED as follows:**

1. The Settlement Agreement is hereby adopted as the Order of this Court. Both parties, and their successors and assigns are hereby ORDERED to comply with the Settlement Agreement in all respects.

2. Each party shall bear their own attorney's fees, expert witness fees and costs in the above-captioned proceedings.

3. Except as otherwise specified in this Consent Order, Plaintiff's claims are dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE AND ENTERED** this 30th day of June, 2010 in Augusta, Georgia.

_____
DUDLEY H. BOWEN, JR.
United States District Judge